IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RICKY LENARD                                                                PLAINTIFF
ADC #75333

V.                           NO: 2:15-CV-00147 PSH

BRETT BUTLER, *et al.*                                                      DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 25th day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE